06-50(RJL)

USL 10

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

2006 FDC 3757

UNITED STATES  
No._____

TOT

Vs.

**FILED**

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

P.D.I.D. No. 250-476

Sherman Berry Jr. (Defendant)

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: **February 27, 2006**.

## COMMITMENT/RELEASE

☐ NO BOND  
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☒ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: **February 27, 2006**.

~~DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:~~

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: Sherman Berry Jr.

Address: 1302 Darlington St Forestville MD

Telephone No. 301-336-8562

DEFENDANT'S SIGNATURE: _[signature]_

DATE: 2/28/06

JUDICIAL OFFICER PRESIDING _[signature]_

white-court    yellow-usao    Pink-defense

CD-3026/Mar. 03