IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 06-050 (RJL) |
| | ) | |
| SHERMAN BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT MOTION TO CONTINUE STATUS HEARING SCHEDULED FOR APRIL 28, 2006 AT 2:00 P.M.

Defendant, Sherman Berry, through undersigned counsel, and counsel for the government respectfully request this Honorable Court to continue the status hearing currently scheduled for April 28, 2006 at 2:00 p.m. In support of their motion, the parties state as follows:

1. The conduct at issue in this case dates back to 1991. The relevant discovery–some of which is in the possession of counsel for the government and some of which is in the possession of the Inspector General of the Department of Labor–is extensive and voluminous. Since Mr. Berry last appeared in Court on April 7, 2006, the parties have made progress with respect to reviewing various categories of discovery. At this juncture, however, counsel for Mr. Berry has not yet had the opportunity to completely review the pertinent discovery and discuss it with her client. Given the amount of discovery that remains, counsel is unlikely to complete the discovery review process and advise Mr. Berry effectively by April

28, 2006.

2.  Counsel for the government will be unavailable for the status hearing scheduled for April 28, 2006.

For the reasons stated above, the parties submit that it would be in the interests of justice to continue the status hearing currently scheduled for April 28, 2006 for one week. Mr. Berry is willing to waive his rights under the Speedy Trial Act for an additional seven days.

WHEREFORE, Mr. Berry respectfully requests this Honorable Court to continue the status hearing scheduled for 2:00 p.m. on April 28, 2006 until May 5, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


__/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500