THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 06-050 (RJL) |
| ) | |
| SHERMAN BERRY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Consent Motion to Continue, it is by the Court hereby

ORDERED that the motion is GRANTED, that the status hearing scheduled for April 28, 2006 is VACATED and that a status hearing is scheduled for May 5, 2006 at _____.

_____          _____
Date                                               THE HONORABLE RICHARD J. LEON
                                                         UNITED STATES DISTRICT JUDGE


Copies to:

Jonathan Rosen, AUSA
Lara Quint, AFPD