IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 06-050 (RJL) |
| ) | |
| SHERMAN BERRY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Sherman Berry, through undersigned counsel, respectfully requests this Honorable Court to modify his conditions of release. Specifically, Mr. Berry asks the Court to amend his drug testing schedule and permit him to submit drug tests once a month. In support of his motion, undersigned counsel submits as follows:

1. On February 27, 2006, Mr. Berry was arraigned by Magistrate Judge Kay and placed on his personal recognizance. Among the conditions of release imposed was drug testing twice a week.

2. While Mr. Berry's initial drug test was positive for cocaine, he has submitted negative tests since March 13, 2006. He has submitted thirteen consecutive negative drug tests.

3. Mr. Berry is in compliance with his other release conditions.

For the reasons stated above, Mr. Berry asks the Court to modify his conditions of release and permit him to drug test one time per month.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


__/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500