THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Cr. No. 06-050 (RJL) |
| | ) | |
| **SHERMAN BERRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of defendant's Motion to Modify Conditions of Release, it is by the Court hereby

ORDERED that the motion is GRANTED.

_____          _____

Date                                             THE HONORABLE RICHARD J. LEON
                                                 UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Rosen, AUSA
Lara Quint, AFPD