UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 06-050 (RJL) |
| | : | |
| **SHERMAN BERRY,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully consents to defendant's Motion to Modify Conditions of Release. As grounds for this consent, the United States submits as follows:

1. Defendant took a drug test at the time of his arrest which indicated the use of cocaine.

2. In light of defendant's positive drug test, and as part of his conditions of release in this case, defendant was ordered by Magistrate Judge Alan Kay to submit to bi-weekly drug testing.

3. The government has confirmed that defendant's subsequent drug tests have been negative for the use of narcotics, including cocaine, and has gleaned from the Pretrial Services Agency that it consents to changing defendant's conditions of release from bi-weekly drug testing to once monthly random drug testing.

4. In light of defendant's recent negative drug tests, it would seem appropriate and in the interests of judicial economy to change defendant's conditions of release to require only once monthly random testing for narcotics.

WHEREFORE, the United States respectfully consents to defendant's motion to modify his conditions of release.

                                          Respectfully submitted,
                                          KENNETH L. WAINSTEIN
                                          UNITED STATES ATTORNEY


                                          _____
                                          DAVID CAREY WOLL, JR.
                                          Assistant United States Attorney
                                          Fraud & Public Corruption Section
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-4250