IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
v.                         :     Case No.: 06-050
                           :     J. Leon
SHERMAN L. BERRY, JR.      :
    Defendant.             :

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes now, the defendant, SHERMAN L. BERRY, JR., by and through counsel and moves this Honorable Court to substitute Robert L. Jenkins, Jr., Esq. for the Federal Public Defender's Office.

RESPECTFULLY SUBMITTED,
SHERMAN L. BERRY, JR.
By Counsel

_____
Robert L. Jenkins, Jr., Esq.
United States Bar No.: C00003
Bynum & Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, Va. 22314
703 549 7211