IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
v.  :  Case No.: 06-050
:  J. Leon
SHERMAN L. BERRY, JR.  :
    Defendant.  :

### ORDER

This matter came on the defendant's request for the substitution of counsel. For good cause the motion is granted. Robert L. Jenkins, Jr., Esq. is hereby substituted as counsel for the defendant in the above-styled matter.

SO ORDERED:

_____
U.S. District Court Judge

ENTERED:

_____