UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:06-CR-00050 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **SHERMAN BERRY,** | : | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Glen Donath, who will substitute for Assistant United States Attorney David C. Woll, Jr., as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Glen Donath, D.C. Bar No. 460582
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W., Room 5832
Washington, D.C. 20530
(202) 514-9555