UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:06-CR-00050 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **SHERMAN BERRY,** | : | |
| **Defendant** | : | |

### GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully provides notice of its intent to introduce evidence pursuant to Federal Rule of Evidence 902(11) and 803(6) and (7).

### INTRODUCTION

The Federal Rules of Evidence allow for certain, qualifying business records to be admitted without a custodian of records testifying about their authenticity or laying a foundation as to the documents' status as business records. The Rules do this through the interaction of Federal Rules of Evidence 803(6), which provides a hearsay exception for business records, 803(7), which similarly provides a hearsay exception for the absence of information in business records, and 902(11), which admits such business records into evidence as self-authenticating without foundation testimony at trial so long as a records custodian completes a declaration that complies with the rule. Thus, the Rule provides:

"**Rule 902.    Self-Authentication**

"Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:

*      *      *

      **"(11) Certified Domestic Records of Regularly Conducted Activity** – The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record –

(A)  was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B)  was kept in the course of the regularly conducted activity; and

(C)  was made by the regularly conducted business activity as a regular practice.

      "A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them."

Fed. R. Evid. 902(11).

## NOTICE

      Pursuant to Rule 803(6) and (7) and 902(11), the government hereby gives notice of its intent to introduce evidence of both business records and the absence thereof[1] from the following entities through the attached declarations referenced in the following chart:

---

[1] The government intends to introduce evidence of the absence of business records with respect to multiple organizations pursuant to Rule 803(7). Since the only "record" of the absence of those records is the affidavit of the custodian of records certifying that no such records exist, the government seeks to introduce those affidavits under Rule 902(11)

| Name of Entity | Description of Records | Exhibit No(s). | Exhibit No. of Declaration |
|---|---|---|---|
| Toyota Motor Credit Corporation | Records of Defendant's credit application | 95 | 94 |
| Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. | Sherman Berry's Kaiser Permanente Medical Records | 116 | 115 |
| Georgetown University Hospital | Declaration of Custodian of Records that no records exist for James Kenmore, M.D. and James Kent, M.D. | 98 | 98 |
| Maryland Board of Physicians | Declaration of Custodian of Records that no records exist for James Kenmore, M.D. and James Kent, M.D. | 99 | 99 |
| Virginia Department of Health Professions | Declaration of Custodian of Records that no records exist for James Kenmore, M.D. | 100 | 100 |
| Virginia Department of Health Professions | Declaration of Custodian of Records of Search Results for James Kent, M.D. | 101 | 101 |
| District of Columbia Board of Medicine | Declaration of Custodian of Records that no records exist for James Kenmore, M.D. and James Kent, M.D. | 102 | 102 |

        Respectfully submitted,
        JEFFREY A. TAYLOR
        United States Attorney

By:   /S/ ATTORNEY'S TYPED SIGNATURE
        Glen Donath, D.C. Bar No. 460582
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 Fourth Street, N.W., Room 5832
        Washington, D.C.  20530
        (202) 514-9555