7003 1680 0000 1062 3773

**Custodian of Records Affidavit re**

**Business Records Subpoena Directed to Toyota Motor Credit Corporation**

In the Matter of United States District Court vs. Sherman L. Berry

Case No. _____

I, THE UNDERSIGNED, HEREBY DECLARE:

I am the duly authorized custodian of records of the business named below and have the authority to verify the following:

(Check one or more of the following:)

☐ Toyota Motor Credit Corporation has made a diligent search of its records and has none of the records described in the above-referenced subpoena.

☒ The records transmitted are true and correct copies of documents in Toyota Motor Credit Corporation's files which are responsive to the above-referenced subpoena.

☒ The information provided in response to the information subpoena is true and correct to the best of Toyota Motor Credit Corporation's knowledge.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed on 07/05/05 at 500 Red Brook Blvd., Owings Mills, Maryland 21117.

TOYOTA MOTOR CREDIT CORPORATION

_____Cynthia H Chase_____　　_____(Signature)_____
(Print Name)

Re:　Sherman L. Berry　　　　Account No.:　704;031;6196537;0001
　　　　　　　　　　　　　　　　　　　　　　704;031;6151410;0001
　　　　　　　　　　　　　　　　　　　　　　704;031;8022983;0001

State of Maryland　　)
　　　　　　　　　　 ) ss:
County of Baltimore　)

On 07/05/05 before me, Lachond A Delaney, Notary Public, personally appeared Cynthia H Chase, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____Lachond A. Delaney_____
LACHOND A. DELANEY
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires March 15, 2007

GOVERNMENT EXHIBIT
No. 94

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, declare:

My name is Catherine A. Pearcy.

I am a United States Citizen, and I am over 18 years of age. I am the custodian of records of the business below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

The business below received a United States Grand Jury Subpoena, signed by an Assistant United States Attorney, requesting specified records of the business named below. Pursuant to Rule 902(11) and 803(6) and 803(7) of the Federal Rules of Evidence, I hereby certify that:

(1) records for Sherman L. Berry's medical treatment and/or medical history were made at or near the time of the occurrence of such matters;

(2) such records were kept in the course of the regularly conducted business activity as a regular practice;

(3) such records were set forth by, or from information transmitted by, a person with knowledge of those matters;

(4) such records were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on December 27, 2006
(date)

_(signature)_
(Signature of declarant)

CATHERINE A. PEARCY
(Name of declarant)

KAISER FOUNDATION HEALTH PLAN
OF THE MID-ATLANTIC STATES, INC.
(Name of Business)

2101 East Jefferson Street
Rockville, MD 20852
(Business address)

GOVERNMENT EXHIBIT
No. 115

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:
My name is Alexander D. Eremia, J.D., LL.M. (name of declarant).

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am Associate General Counsel for MedStar Health, Inc. which owns and operates Georgetown University Hospital (GUH) and I represent GUH in this matter. Inquiries have been made of the custodians of record for the GUH Human Resources Department, Medical Staff Affairs Office, and the Graduate Medical Education Department which represent all of the departments that maintain physician employment records, medical staff privileging records, and physician residency and fellowship training records.

I am in receipt of a United States Grand Jury Subpoena, signed by an Assistant United States Attorney, requesting specified records of the business named below. Pursuant to Rule 902(11) and 803(6) and 803(7) of the Federal Rules of Evidence, I hereby certify that:

(1) records for physicians who have ever been licensed to practice medicine for or at Georgetown University Hospital were made at or near the time of the occurrence of such matters.

(2) such records were kept in the course of the regularly conducted business activity;

(3) such records were set forth by, or from information transmitted by, a person with knowledge of those matters;

(4) such records were made by the regularly conducted business activity as a regular practice;

(5) such records do not contain any information concerning a physician under the name of Dr. James Kenmore and/or James Kent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2005

(Signature of Declarant)

Alexander D. Eremia, J.D., LL.M.
(Name of Declarant)

*on behalf of*
Georgetown University Hospital
3800 Reservoir Rd., N.W.
Washington, D.C. 20007

GOVERNMENT EXHIBIT
No. 98

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:
My name is   Barbara K. Vona.

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States Grand Jury Subpoena, signed by an Assistant United States Attorney, requesting specified records of the business named below. Pursuant to Rule 902(11) and 803(6) and 803(7) of the Federal Rules of Evidence, I hereby certify that:

(1)   records for physicians who have ever been licensed to practice medicine in Maryland or been the subject of complaints in Maryland were made at or near the time of the occurrence of such matters.

(2)   such records were kept in the course of the regularly conducted business activity;

(3)   such records were set forth by, or from information transmitted by, a person with knowledge of those matters;

(4)   such records were made by the regularly conducted business activity as a regular practice;

(5)   such records do not contain any information concerning a physician under the name of Dr. James Kenmore and/or James Kent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2005.

*Barbara K. Vona*
(Signature of Declarant)

Barbara K. Vona
(Name of Declarant)

Maryland Board of Physicians
(Name of Business)

4201 Patterson Avenue
(Business address)
Baltimore, Maryland  21215

GOVERNMENT EXHIBIT
No. 99



# COMMONWEALTH of VIRGINIA

Robert A. Nebiker
Director

*Department of Health Professions*
6603 West Broad Street, 5th Floor
Richmond, Virginia 23230-1712

www.dhp.virginia.gov
TEL (804) 662-9900
FAX (804) 662-9943
TDD (804) 662-7197

CERTIFICATION OF DUPLICATE OF OFFICIAL BOARD RECORDS
SECTION 54.1-112, CODE OF VIRGINIA, 1950, AS AMENDED

I, William L. Harp, M.D., Executive Director, Virginia Board of Medicine, hereby certify that I have custody of the official computerized license records of the Virginia Board of Medicine. I certify that the printout shown below of the results of a search of those records is a true copy.

_Wm L. Harp, MD_    Date  7/6/05

I, Robert A. Nebiker, Deputy Director, Department of Health Professions, hereby certify that I am the supervisor of William L. Harp, M.D., and that the printout shown below is a true copy.

_[signature]_    Date  7/7/2005

[Screenshot of "Open Licensees" search window with Profession: Medicine, Holder: Person, Last Name: kenmore, Show licensees only checked. Results of Search shows "Not Found — No licensees were found who meet selection criteria."]

Board of Audiology & Speech-Language Pathology - Board of Dentistry - Board of Funeral Directors & Emba
Board of Nursing Home Administrators - Board of Optometry - Board of Pharmacy
Board of Physical Therapy - Board of Psychology - Board of Social Work - Board
Board of Health Professions

GOVERNMENT EXHIBIT
No. 100



# COMMONWEALTH of VIRGINIA

Robert A. Nebiker  
Director

*Department of Health Professions*  
6603 West Broad Street, 5th Floor  
Richmond, Virginia 23230-1712

www.dhp.virginia.gov  
TEL (804) 662-9900  
FAX (804) 662-9943  
TDD (804) 662-7197

CERTIFICATION OF DUPLICATE OF OFFICIAL BOARD RECORDS  
SECTION 54.1-112, CODE OF VIRGINIA, 1950, AS AMENDED

I, William L. Harp, M.D., Executive Director, Virginia Board of Medicine, hereby certify that I have custody of the official computerized license records of the Virginia Board of Medicine. I certify that the printout shown below of the results of a search of those records is a true copy.

_____ Date _____7/6/05_____

I, Robert A. Nebiker, Deputy Director, Department of Health Professions, hereby certify that I am the supervisor of William L. Harp, M.D., and that the printout shown below is a true copy.

_____ Date _____7/7/2005_____

**Open Licensee**

Enter Search Criteria:
- Profession: Medicine
- Holder: Person
- License Type:
- License #:
- Applicant #:
- Old License #:
- Soundex search:
- Show licensees only: ✓
- CEA #:
- Lockbox Receipt #:
- Detailed Search
- Alias search:
- Old Address search:
- DBA Alias search:
- Archived Only?:
- Last Name: kent
- First Name: james
- SSN:       —   —     All SSN?
- Address:
- City:
- State:    Zip:
- County Name:
- DBA:
- Date of Birth: 00/00/0000

Results of Search:

**KENT, JAMES CARL**  
2200 OPITZ BLVD #235 WOODBRIDGE VA 22191  
Medicine & Surgery

**KENT, JAMES L IGON**  
Richmond VA 23230  
Medicine & Surgery    #0101003651    Status: Expired

Board of Auxiology & Speech-Language Pathology - Board of Dentistry - Board of Funeral Directors & Board of Nursing Home Administrators - Board of Optometry - Board of Pharmacy Board of Physical Therapy - Board of Psychology - Board of Social Work - E  
Board of Health Professions

**GOVERNMENT EXHIBIT No. 101**



GOVERNMENT OF THE DISTRICT OF COLUMBIA
Department of Health



D.C. Board of Medicine

DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is James R. Granger, Jr.

I am a citizen of the United States of America, and I am over 18 years of age. I am the custodian of the records of the D.C. Board of Medicine.

I am in receipt of a United States Grand Jury Subpoena, signed by an Assistant United States Attorney, requesting specified records of the D.C. Board of Medicine. Pursuant to Rule 902(11) and 803(6) and 803(7) of the Federal Rules of Evidence, I hereby certify that:

(1) Records for physicians who have ever been licensed to practice medicine in the District of Columbia or been the subject of complaints against licensed physicians in the District of Columbia were made at or near the time of the occurrence of such matters;
(2) Such records were kept in the course of the regularly conducted activity of the D.C. Board of Medicine;
(3) Such records were set forth by, or from information transmitted by, a person with knowledge of those matters;
(4) Such records were made by the regularly conducted activity as a regular practice; and
(5) Such records do not contain any information concerning a physician under the name of Dr. James Kenmore and/or Dr. James Kent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2006.

James R. Granger, Jr.
Executive Director
D.C. Board of Medicine
717 14th Street, NW, 10th floor
Washington, D.C. 20005

---

717 14th Street, N.W., Room 1007, Washington, D.C. 20005 Phone: (2

GOVERNMENT EXHIBIT

No. 102