UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:06-CR-00050 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **SHERMAN BERRY,** | : | |
| **Defendant** | : | |

### GOVERNMENT'S NOTICE OF INTENT TO
### INTRODUCE SUMMARIES PURSUANT TO RULE 1006

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully provides notice of its intent to introduce summary exhibits pursuant to Federal Rule of Evidence 1006.

### INTRODUCTION

The Federal Rules of Evidence allow for summary exhibits to be presented and introduced into evidence under certain circumstances. The rule provides in full:

> The contents of voluminous writings, recordings, or photographs which cannot conveniently be examined in court may be presented in the form of a chart, summary, or calculation. The originals, or duplicates, shall be made available for examination or copying, or both, by parties at reasonable time and place. The court may order that they be produced in court.

Fed. R. Evid. 1006. The underlying documents must themselves be admissible for the summary to be admissible.[1] Summaries introduced under Rule 1006 are themselves evidence. See Federal Jury Practice and Instructions 14.02 (4th ed. 1992); 1 Leonard B. Sand et al., Modern Federal Jury Instructions (Criminal) 5.05, at 5-34 (1997).

---

[1] All of the original documents underlying the summary charts at issue here are admissible as business records, and the government has filed notice of its intent to admit these records pursuant to Rule 902(11) of the Federal Rules of Evidence. Defense counsel has previously received copies of all of the underlying documents.

## NOTICE

Pursuant to Rule 1006, the government hereby gives notice of its intent to introduce summary charts that are attached hereto. The following chart describes the summaries and the underlying records to which they relate:

| Name of Summary | Description of Underlying Documents | Exhibit No. of Summary | Exhibit No(s). of Underying Documents |
|---|---|---|---|
| Summary of Sherman Berry's "Treatment" By James Kenmore, M.D. and James Kent, M.D. | Forms CA-8, CA-20a, and CA-17 (183 pages) | 74A | 9-10, 12-22, 24-35, 37, 40-49, 51-54, 56-61, 63-70, 72-75 |
| Summary of Sherman Berry's Kaiser Permanente Medical Records | Sherman Berry's Kaiser Permanente Medical Records, (195 pages) | 114 | 116 |
| OWCP Bill Payment History for FECA Claimant Sherman L. Berry | Department of Labor Archived Bill Payment History (11 pages) | 109 | 110 |
| Summary of Total Worker's Compensation Benefits Paid to Sherman Berry | Federal Employees' Compensation System Direct Deposit Records of Payments to Sherman Berry (33 pages) | 111 | 112 |

The summaries offered all fall within the ambit of Rule 1006, as they relate to voluminous records which cannot conveniently be examined in court and presented to the jury without the aid of a summary document. Defense counsel has all of the underlying documents, and they are therefore "available for inspection and copying" as the rule requires. Moreover, at trial, the government will authenticate each summary with an appropriate witness.

                Respectfully submitted,
                JEFFREY A. TAYLOR
                United States Attorney

By:    /S/ ATTORNEY'S TYPED SIGNATURE
        Glen Donath, D.C. Bar No. 460582
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 Fourth Street, N.W., Room 5832
        Washington, D.C. 20530
        (202) 514-9555