<u>United States v. Sherman Berry</u>, Case No. 1:06-cr-0050 (RJL)

## SUMMARY OF SHERMAN BERRY'S "TREATMENT" BY JAMES KENMORE, M.D. AND JAMES KENT, M.D.
(From Forms CA-8, CA-20a and CA-17; Government Exhibits Nos. 9-10, 12-22, 24-35, 37, 40-49, 51-54, 56-61, 63-70, 72-74 and 75)

| DATE | DOCTOR | DISABILITY MORE THAN 90 DAYS? | DIAGNOSIS/ PROGNOSIS | CONTEXT |
|---|---|---|---|---|
| 5/1/92 | Kenmore | No, return to work 6/1/92 | continue physical therapy | GW emergency room meds only prior medical evidence |
| 5/20/92 | Kenmore | No, return to work 6/1/92 | Patient to consult with Dr. Kenmore if pain or swelling occurs | |
| 6/10/92 | Kenmore | No, return to work 7/1/92 | continue with medication and physical therapy | no rationale provided for delay in return to work |
| 6/23/92 | Kenmore | yes | continue office visits | first representation that disability will continue beyond 90 days |
| 7/7/92 | Kenmore | yes | continue office visits | |
| 7/16/92 | Kenmore | yes | prognosis is good for full recovery | OWCP sends letter to Dr. Kenmore on 7/16/92 questioning diagnosis |
| 8/6/92 | Kenmore | yes | prognosis is good for full recovery | |
| 8/17/92 | Kenmore | yes | patient will be able to return to normal work schedule | |

**GOVERNMENT EXHIBIT**
**No. 74A**

| | | | | |
|---|---|---|---|---|
| 8/31/92 | Kenmore | no | recommend full recovery without any immediate complications | no start date given |
| 9/14/92 | Kenmore | no, return to work on 10/1/92 | wear safety shoes if possible | |
| 9/22/92 | Kenmore | no, return to work on 10/5/92 | patient to return to work; no limitations | no rationale for extension |
| 1/21/93 | Kenmore | | patient has swelling; negative left foot x-ray; not able to sit, walk, or grasp for any period of time | date of first treatment follows recurrence by almost one week later |
| 2/16/93 | Kenmore | yes | will make appointment for rehab for physical therapy; not able to sit, walk, or grasp for any period of time | |
| 3/2/93 | Kenmore | yes | physical therapy; hot wax medications; not able to sit for any period of time | received by OWCP before date of exam on form |
| 3/10/93 | Kenmore | yes | not able to sit, walk, grasp for any period of time | |
| 3/19/93 | Kenmore | yes | physical therapy; hot wax medications | received by OWCP before date of exam on form |
| 4/7/93 | Kenmore | yes | medication | received by OWCP before date of exam on form |

| | | | | |
|---|---|---|---|---|
| 4/29/93 | Kenmore | yes | patient will consider surgery | |
| 10/1/93 | Kent | yes | injury left foot | Dr. Kent appears after more than five month gap; no address of Dr. Kent provided |
| 10/13/93 | Kent | yes | injury left foot | no address for Dr. Kent provided |
| 10/29/93 | Kent | yes | injury left foot | no address for Dr. Kent provided |
| 1/21/94 | Kenmore | no, return to work on 3/7/94 | full recovery | |
| 2/3/94 | Kenmore | no, return to work on 3/7/94 | | |
| 2/18/94 | Kenmore | no, return to work on 3/7/94 | stable | |
| 2/22/94 | Kenmore | no, no return date indicated | stable, return to work | |
| 3/4/94 | Kenmore | yes | medication; do not wear safety shoes | no rationale provided for extension of disability |
| 3/10/94 | Kenmore | yes | medication; do not wear safety shoes | |
| 3/17/94 | Kenmore | yes | medication; do not wear safety shoes | |
| 3/24/94 | Kenmore | yes | patient will consider surgery | |
| 4/13/94 | Kenmore | yes | patient will consider surgery | |

| Date | Doctor | Signed | Findings | Notes |
|---|---|---|---|---|
| 4/22/94 | Kenmore | yes | no reference to surgery; medication; do not wear safety shoes | on 3/17/94, OWCP sends Berry letter questioning diagnosis for surgery; on 3/31/94, OWCP sends second letter complaining of no response |
| 4/28/94 | Kenmore | yes | medication; do not wear safety shoes | no reference to surgery |
| 5/13/94 | Kenmore | no | recommend full recovery without any immediate complications | treatment with "tylensol" |
| 6/3/94 | Kenmore | no | recommend full recovery without any immediate complications | Diagnosed with "total disabled." Misspelling: "orthopidaecs" |
| 6/21/94 | Kenmore | no | recommend full recovery without any immediate complications | diagnosed with "total disabled" |
| 9/6/94 | Kenmore | yes | medication | no rationale for extension of disability |
| 9/20/94 | Kenmore | yes | medication | |
| 10/4/94 | Kenmore | yes | fracture left toe rehabilitation | first reference to fracture; Berry is terminated from BEP assigned to rehabilitation misspelling: "orthepredics" |
| 10/18/94 | Kenmore | yes | medication | Berry assigned to rehabilitation |
| 10/31/94 | Kenmore | yes | medication | Berry assigned to rehabilitation |

| 11/8/94 | Kenmore | yes | medication | Berry assigned to rehabilitation |
| 11/22/94 | Kenmore | yes | physical therapy | Berry assigned to rehabilitation |
| 12/5/94 | Kenmore | yes | physical therapy | Berry assigned to rehabilitation |
| 1/3/95 | Kenmore | yes | medication | Berry assigned to rehabilitation |
| 1/13/95 | Kenmore | yes | medication | Berry assigned to rehabilitation |
| 1/21/95 | Kenmore | yes | medication | Berry assigned to rehabilitation |
| 1/29/95 | Kenmore | yes | medication | Berry assigned to rehabilitation |

## OWCP Bill Payment History for FECA Claimant, Sherman L. Berry
### November 6, 1991 to March 26, 2004

| Service Provider | State | Zip Code | Date(s) Services Rendered | Date Bill Received by OWCP | Date Paid | Amount Paid |
|---|---|---|---|---|---|---|
| M S Smith | DC | 20073 | 11/6/1991 | 1/6/1992 | 2/6/1992 | $25.00 |
| E. Jacobs | DC | 20073 | 11/6/1991 | 1/6/1992 | 2/6/1992 | $37.00 |
| George Washington University Medical Center | DC | 20037 | 11/6/1991 | 1/6/1992 | 2/6/1992 | $31.50 |
| George Washington University Medical Center | DC | 20037 | 11/6/1991 | 1/6/1992 | 2/6/1992 | $86.75 |
| George Washington University Medical Center | DC | 20037 | 11/6/1991 | 1/6/1992 | 2/6/1992 | $93.00 |
| George Washington University Medical Center | DC | 20037 | 11/6/1991 | 1/6/1992 | 2/6/1992 | $89.00 |
| Drs. Collins-Gordon-Johnson | DC | 20010 | 7/30/1993 | 8/24/1993 | 9/30/1993 | $395.00 |
| Drs. Collins-Gordon-Johnson | DC | 20010 | 7/30/1993 | 8/24/1993 | 9/30/1993 | $30.00 |
| Adina P. Leviton MA CRC | VA | 22103 | 8/4/94 - 8/29/94 | 9/15/1994 | 9/22/1994 | $159.50 |
| Center for Counseling Services | DC | 20002 | 11/01/94 - 11/29/94 | 2/3/1995 | 2/16/1995 | $106.25 |
| Center for Counseling Services | DC | 20002 | 12/02/94 - 12/29/94 | 2/16/1995 | 3/2/1995 | $40.00 |
| Center for Counseling Services | DC | 20002 | 1/04/95 - 1/29/95 | 3/8/1995 | 3/16/1995 | $40.00 |
| Center for Counseling Services | DC | 20002 | 3/15/95 - 4/14/95 | 6/29/1995 | 7/13/1995 | $420.00 |
| Center for Counseling Services | DC | 20002 | 4/17/95 - 5/12/95 | 6/29/1995 | 7/20/1995 | $331.25 |
| Concise Case Management | MD | 20744 | 12/07/95 - 12/31/95 | 1/22/1996 | 2/8/1996 | $535.00 |
| Concise Case Management | MD | 20744 | 1/18/1996 - 1/31/96 | 2/29/1996 | 3/7/1996 | $87.50 |
| Concise Case Management | MD | 20744 | 2/8/1996 - 2/29/96 | 3/13/1996 | 3/28/1996 | $231.25 |
| Concise Case Management | MD | 20744 | 3/21/96 - 3/31/96 | 4/18/1996 | 4/25/1996 | $605.00 |
| Concise Case Management | MD | 20744 | 4/15/96 - 4/30/96 | 5/10/1996 | 5/23/1996 | $357.00 |
| Concise Case Management | MD | 20744 | 5/6/96 - 5/31/96 | 6/11/1996 | 6/27/1996 | $423.00 |
| Concise Case Management | MD | 20744 | 6/5/96 - 6/30/96 | 7/29/1996 | 8/15/1996 | $507.00 |
| QTC Medical Group | CA | 94139 | 1/6/2003 | 1/15/2003 | 1/23/2003 | $680.00 |
| Adina P. Leviton PhD | VA | 22103 | 9/12/03 - 10/22/03 | 12/9/2003 | 12/18/2003 | $122.50 |
| Adina P. Leviton PhD | VA | 22103 | 9/26/2003 | 1/21/2004 | 1/29/2004 | $7.00 |
| Adina P. Leviton PhD | VA | 22103 | 10/22/2003 | 1/21/2004 | 1/29/2004 | $17.50 |
| Rehabilitation Perspectives, Inc. | VA | 22015 | 12/23/03 - 1/30/04 | 2/2/2004 | 2/12/2004 | $378.00 |
| Rehabilitation Perspectives, Inc. | VA | 22015 | 12/23/03 - 1/30/04 | 2/2/2004 | 2/12/2004 | $84.00 |
| Rehabilitation Perspectives, Inc. | VA | 22015 | 12/23/03 - 1/30/04 | 2/2/2004 | 2/12/2004 | $17.28 |
| Rehabilitation Perspectives, Inc. | VA | 22015 | 12/23/03 - 1/30/04 | 2/11/2004 | 2/19/2004 | $378.00 |
| Rehabilitation Perspectives, Inc. | VA | 22015 | 12/23/03 - 1/30/04 | 2/11/2004 | 2/19/2004 | $84.00 |

GOVERNMENT EXHIBIT
No. 109

Prepared By:
S/A Troy W. Springer
U.S. Department of Labor-OIG

## SHERMAN BERRY'S ANNUAL WORKER'S COMPENSATION BENEFITS

| YEAR | WC BENEFITS |
|---|---|
| 1992 | $13,541.06 |
| 1993 | $16,064.78 |
| 1994 | $17,717.62 |
| 1995 | $16,776.17 |
| 1996 | $19,006.39 |
| 1997 | $19,632.80 |
| 1998 | $19,828.66 |
| 1999 | $20,068.69 |
| 2000 | $22,109.02 |
| 2001 | $20,744.98 |
| 2002 | $19,816.57 |
| 2003 | $20,259.90 |
| 2004 | $20,466.19 |
| 2005 | $21,064.86 |
| 2006 | $21,717.16 |
| **TOTAL** | **$288,814.85** |

GOVERNMENT EXHIBIT
No. 111

## Summary of Sherman Berry's Kaiser Permanente Medical Records

| DATE | DOCTOR | PURPOSE OF VISIT |
|---|---|---|
| 1/20/91 | Thomas Waters, M.D. | Congestion, sore throat |
| 3/7/91 | Dr. Kenner, M.D. | Sore throat – swallowed a piece of glass |
| 3/21/91 | Dr. Kenner, M.D. | Sore throat, flu |
| 5/29/91 | Thomas Waters, M.D. | Routine checkup – Berry complained of hemorrhoids |
| 7/24/91 | Thomas Waters, M.D. | Sore throat |
| 8/12/91 | Thomas Waters, M.D. | Sore throat |
| 1/30/92 | Thomas Waters, M.D. | Sinusitis, swollen glands, hemorrhoids |
| 2/11/92 | Thomas Waters, M.D. | Eye problems |
| 7/2/92 | Thomas Waters, M.D. | Sore throat |
| 8/18/92 | Thomas Waters, M.D. | Sore throat; Dr. Waters refers Berry to allergist (Dr. Green) |
| 3/6/92 | Thomas Waters, M.D. | Swollen glands, difficulty swallowing |
| 9/24/92 | Geoffrey Green, M.D. | Allergist consultation about sinus problems; Berry notes that throat and sinus problems decrease when he decreases smoking and drinking |
| 11/26/92 | David Cohen, M.D. | Sore throat |
| 12/8/92 | Thomas Waters, M.D. | Sore throat |
| 2/14/93 | Thomas Waters, M.D. | Sore throat |
| 3/18/93 | Thomas Waters, M.D. | Sore throat |
| 6/9/93 | C. Dall, M.D. | Sore throat |
| 12/15/93 | Thomas Waters, M.D. | Sinusitis, chest pain |
| 5/18/94 | Thomas Waters, M.D. | Sore throat, fever |
| 8/11/94 | Thomas Waters, M.D. | Swollen glands, abdominal pain, upset stomach |
| 3/24/95 | Thomas Waters, M.D. | Ear discomfort |
| 5/2/95 | Thomas Waters, M.D. | Sore throat, hard to swallow |

GOVERNMENT EXHIBIT
No. 114

| | | |
|---|---|---|
| 6/28/95 | Thomas Waters, M.D. | Sore throat, hard to swallow |
| 4/5/96 | Timothy Soncrant, M.D. | Sore throat |
| 6/10/96 | Carlos Vasquez, M.D. | Infected sebaceous cyst, **Berry declined examination of left foot** |
| 6/13/96 | Clifford Williams, M.D. | Removal of sebaceous cyst on chest wall |
| 8/15/96 | Ari Lieman, M.D. | Sore throat, glands swollen |
| 9/30/96 | Suzan Abdo, M.D. | Chest pain, cold and cough |
| 10/17/96 | Samuel Semegn, M.D. | Sore throat, coughing |
| 12/6/96 | Marshea Parson, M.D. | Sore throat |
| 2/5/97 | Samuel Semegn, M.D. | Sore throat, swollen glands |
| 4/15/97 | Gina Pervall-Phillips, M.D. | Poison ivy rash |
| 6/12/97 | Nelson Adamson, M.D. | Sore throat |
| 3/8/98 | Stephen Calhoun, M.D. | Sore throat |
| 9/24/98 | Marion Middleton, M.D. | Tonsilitis, sty on upper eyelid |
| 6/7/99 | Olatokunbo Obayomi, M.D. | Sore throat, congestion |
| 7/12/99 | Selamawit, Getachew, M.D. | Ear pain, fever |
| 10/8/99 | Carlton Romney, M.D. (Urgent Care Clinic) | Urinary tract infection |
| 1/21/00 | Betty Duffy, M.D. | Sore throat, nasal congestion, shoulder pain |
| 11/6/00-11/8/00 | Wendy Frickel, M.D., Eric Wargotz, M.D. | Chest pains |
| 2/6/03 | Kristin Silva, M.D. | Diabetes treatment, clogged right ear |
| 2/10/03 | Jerry McConnell, M.D. | Diabetes treatment |
| 1/28/04 | Jerry McConnell, M.D. | Diabetes treatment |
| 3/9/04 | Jerry McConnell, M.D. | Diabetes treatment |
| 3/29/04 | Jerry McConnell, M.D. | Diabetes treatment |