IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 06-050 |
| : | J. Leon |
| SHERMAN L. BERRY, JR. : | |
| Defendant. : | |

## ORDER

This matter came on the defendant's request to bar the government from introducing in its case in chief any evidence of the defendant's false statement on a credit application submitted June 28, 2001 to Toyota Financial Serices. For good cause the motion is granted.

SO ORDERED:

_____
U.S. District Court Judge

ENTERED:

_____