IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   :
                            :
     v.                     :        Case No.:  06-050(RJL)
                            :        Pretrial Conference: January 16, 2007
SHERMAN L. BERRY, JR.       :
     Defendant.            :

### MOTION TO RESET PRETRIAL CONFERENCE

Comes now, the defendant, SHERMAN L. BERRY, JR., and moves this

Honorable Court to reset the date or time of the Pretrial Conference set in the above-

styled matter from January 16, 2007 at 11:00am.  In support of which the defendant, by

and through counsel, states the following:

1.     This matter is set for trial by jury on January 29, 2007.

2.     A pretrial conference is set for January 16, 2007 at 11:00 am.

3.     Counsel for the defense is scheduled to appear before the Fairfax County Circuit

Court on January 16, 2007 at 10:00 am.  As a consequence, it is very unlikely that

counsel will be able to appear for the aforementioned pretrial conference in this matter.

4.     There are few pretrial issues to resolve in the instant matter.  The parties estimate

that these issues can be resolved within 30 minutes.

5.     The parties suggest the following dates and times in the alternative of the current

date and time:

     a.     January 16, 2007 after 12:00pm.

     b.     January 18, 2007 after 12:00pm.

     c.     January 19, 2007 after 12:00pm.

6.     A resetting of the pretrial conference in this matter would not prejudice the

government.

7.      Counsel for the government does not oppose the instant request.

8.      Resetting the pretrial conference date would be in the interest of justice.

WHEREFORE, the defendant respectfully requests this Honorable Court reset the

pretrial conference in the above-styled matter.


I ASK FOR THIS
SHERMAN L. BERRY, JR.
By Counsel


_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, Va  22314
703 549 7211