IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 06-050(RJL) |
| | : | Pretrial Conference: January 16, 2007 |
| SHERMAN L. BERRY, JR. | : | |
| Defendant. | : | |

**<u>ORDER</u>**

This matter came on the defendant's unopposed request to reset the pretrial conference scheduled in the above-styled matter. For good cause the pretrial conference is reset to _____.

So Ordered

_____
U.S. District Court Judge

_____
Entered