UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:06-CR-00050 (RJL) |
| | : | |
| v. | : | |
| | : | |
| SHERMAN BERRY, | : | |
| Defendant | : | |

### GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following proposed set of voir dire questions:

1. Mr. Berry is charged in a grand jury indictment with the federal crimes of making a false statement to the United States, making false statements to obtain federal worker's compensation benefits, and wire fraud. These charges relate to Mr. Berry's receipt of worker's compensation benefits from 1992 through the present date. The indictment alleges that in order to obtain worker's compensation benefits, Mr. Berry regularly submitted false medical reports signed by fictitious doctors to the United States Department of Labor. The indictment further alleges that in order to conceal his true medical condition, in addition to the aforementioned bogus medical reports that he submitted, Mr. Berry submitted multiple false annual certifications stating that he was totally disabled and unable to perform work of any kind.

a. Does any member of the panel know anything about this case?

b. Is there anything about the kind of charges in this case that would prevent you from rendering a fair and impartial verdict if you were selected to be a juror in this case? If yes, explain.

2. The Assistant U.S. Attorney in this case is Glen Donath. Do any of you know Mr. Donath or have you ever served on a jury or a grand jury in a case in which he was the government's lawyer?

3. The defendant in this case is Sherman L. Berry, Jr. Mr. Berry is represented by his attorney Robert Jenkins. Does anyone know or recognize the defendant or his counsel?

4. The government may call the following witnesses during the trial: [Please refer to Government's List of Proposed Witnesses].

a. Does anyone recognize any of these potential witnesses? If yes, explain how.

5. Has any member of the panel or a close friend or family member received federal worker's compensation benefits or federal disability benefits?

6. Has any member of the panel or a close friend or family member suffered a work-related injury?

7. The U.S. Department of Labor, as well as the United States Department of Treasury, are responsible for investigating the allegations of worker's compensation fraud at issue in this case. In this case, one or more agents from the Department of Labor and/or the Department of Treasury may be called as witnesses. Has anyone had any dealings with members of the U.S. Department of Labor or U.S. Department of Treasury?

a. Please describe. Would any of you be inclined to give either greater or lesser weight to the testimony of these agents simply because he or she is a law enforcement official affiliated with these agencies? If so, explain.

8. Have any members of the panel, or any of your close friends or relatives, either studied law or received legal training? Have any members of the panel, or any of your close friends or

relatives, ever worked for a lawyer or a law firm in any capacity, including for example as a legal assistant or investigator?

a. If so, what areas of law have you or they practiced, studied, or received training in?

b. Would this experience affect your ability to follow the judge's instructions of law?

9. Are any members of the jury panel, or your relatives or close friends, currently employed or have been previously employed by a law enforcement agency, such as, the U.S. Secret Service, the FBI, the D.C. Corporation Counsel, the Metropolitan Police Department, or the U.S. Attorney's Office?

a. If so, in what capacity?

b. Would your employment or that of a friend or relative affect your ability to render a fair and impartial verdict?

10. Have any members of the panel ever served on a jury before? If so, when, what type of case, and what was the outcome? Was there anything about your prior jury experience that would lead you to feel more favorable to one side or the other in this case?

11. Has any member of the panel, or a close friend or relative, been a plaintiff or a defendant in any civil or criminal court case? If so, what type of case? When and where? What was the outcome?

12. This case will involve the use of a number of business records. Is there any member of the panel who believes that they might have difficulty understanding or concentrating on this type of evidence? If yes, explain.

13. There are two types of evidence, direct evidence and circumstantial evidence. The law makes no distinction between the weight you should give either kind of evidence, nor does

circumstantial evidence require a greater degree of certainty than direct evidence. Is there any member of jury panel that has any difficulty understanding and applying this rule? If yes, explain.

14. Has any member of the panel, or a close friend or relative, been a witness to a crime, a victim of a crime, or charged with a crime? If yes, explain.

a. Has any member of the panel, or a close friend or relative, ever been the victim of or charged with a crime such as the one alleged here?

b. Has any member of the panel, or any of your close friends or relatives, ever been accused of or disciplined for theft or dishonesty related to their job? If so, explain at bench.

15. I expect that this case will take approximately one week to try. Does anyone have any pressing commitment that would make sitting on this jury an extreme hardship? Does anyone have any type of medical problem that would make sitting on this jury an extreme hardship?

16. Does any member of the panel have any moral, religious, or other beliefs that would make it difficult for you to pass judgment on another human being in this case?

17. Is there any member of the panel who, for any reason, believes that they could not participate in jury deliberations and render a fair and impartial verdict in this case?

                Respectfully submitted,
                JEFFREY A. TAYLOR
                United States Attorney

By:   /S/ ATTORNEY'S TYPED SIGNATURE
       Glen Donath, D.C. Bar No. 460582
       Assistant United States Attorney
       Fraud & Public Corruption Section
       555 Fourth Street, N.W., Room 5832
       Washington, D.C. 20530
       (202) 514-9555