IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 06-050(RJL) |
| | : | Trial Date: January 29, 2007 |
| SHERMAN L. BERRY, JR. | : | |
|     Accused. | : | |

**<u>DEFENDANT'S PROPOSED JURY INSTRUCTIONS</u>**

COMES NOW, counsel for the defendant SHERMAN L. BERRY, JR., and submits the following proposed jury instruction:[1]

    1.07    Questions Not Evidence

    1.22    A Juror's Recognition of a Witness or Other Party Connected to the Case

    2.01    Function of the Court

    2.02    Function of the Jury

    2.03    Jury's Recollection Controls

    2.04    Evidence in the Case

    2.05    Statements of Counsel

    2.06    Indictment Not Evidence

    2.07    Inadmissible and Stricken Evidence

    2.08    Burden of Proof – Presumption of Innocence

    2.09    Reasonable Doubt

    2.10    Direct and Circumstantial Evidence

    2.11    Credibility of Witnesses

---

[1] The numbered instructions listed below are taken from the "Redbook" instructions printed in <u>Criminal Jury Instructions for the District of Columbia</u> (4th Edition Revised 2004). Mr. Berry also reserves his right to submit a theory-of-defense instruction, proposed additional instructions based upon the evidence at trial and revise these instructions if necessary.

    2.13    Number of Witnesses

    2.14    Nature of Charges Not to be Considered

    2.26    Police Officer's Testimony

    2.27    Failure of Defendant to Testify

    2.71    Election of Foreperson

    2.72    Unanimity

    2.73    Exhibits During Deliberations

    2.75    Communications Between Court and Jury During Jury's Deliberations

BYNUM & JENKINS, PLLC


_____/s/_____
ROBERT L. JENKINS, JR.
U.S. District Court Bar No. CO0003
901 North Lee Street, #320
Alexandria, VA  22314
703 549 7211
Counsel for the Accused