IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :
                             :
    v.                       :    Criminal No.:  06-050(RJL)
                             :    Trial Date: January 29, 2007
SHERMAN L. BERRY, JR.,       :
    Defendant.               :

## DEFENDANT'S PROPOSED JURY VOIR DIRE

Now comes the Defendant in the above-entitled matter and moves that all prospective jurors in the above-entitled case be examined individually in the case. Pursuant to such examination, the Defendant requests that the following brief statement of the facts of the case and questions be put to each prospective juror:

**I.     Facts**

The Government will allege that the defendant, Sherman L. Berry, Jr., defrauded the United States of America. Specifffically, the government charges that the defendant provided materially false information in connection with his November 1991 work related injury. As a consequence the defendant allegedly received over $275,000 in compensation which he otherwise did not qualify. Mr. Berry denies the allegations.

**II.    Questions**

1.   Are you related to any police officer?

2.   If yes, is he [juror's relative] a patrolman or does he have a rank of some kind? Do you know him well? How often do you have contact with him? Do you see each other socially?

3.   Do you have any friends in the police department or in any other law enforcement agencies?

4. Are you connected with any law enforcement agency?

5. Were you ever connected with any type of law enforcement agency?

6. Do you have any immediate relatives who are connected with any law enforcement agency?

7. Have you ever submitted a claim with worker's compensation?

8. Do you believe the local police should be supported? In what way?

9. Do you think the local police need any special help or support?

10. Are you affiliated with any auxiliary police organization?

11. Do you or members of your family have placards or bumper stickers on your car which say "Support your Local Police"?

12. Are you a member of any group organized principally for the suppression of crime?

13. Will you give the testimony of a police officer more credence than that of other witnesses merely because he is a police officer?

14. Do you have an opinion right now as to whether Mr. Berry is guilty of the offense with which he is charged?

15. In light of the fact that Mr. Berry has been arrested in connection with this case, is it difficult for you to presume his innocence?

16. Do you believe that because a person has been charged by the government with a crime that therefore he is probably, at least, guilty of something?

17. Would you tend to place more weight on the testimony of a white person than a black person?

18. Do you feel that a black person is more likely to commit a crime than a person

2

who is not black?

19.     Would it take less evidence for you to convict a black man than a white person?

20.     Do you realize that the Assistant U.S. Attorney and defense counsel are both lawyers, equal in the eyes of the law, each doing his best to represent his client?

21.     Are you going to give more weight to the arguments of the prosecutor than to defense counsel merely because she bears the impressive title "Assistant U.S. Attorney"?

22.     Have any of you ever suffered an on-the-job injury which required medical attention?

23.     Have any of you ever filed a claim with a private insurance company for compensation related to a personal injury suffered?

24.     Do any of you have special medial training?

25.     Do you now entertain any prejudice against the Defendant because of the crime charged?

26.     Knowing the charge against the accused, could you give him the same fair trial that you would give him if he were charged with a lesser crime?

27.     If Mr. Berry should take the stand and testify, will you judge his testimony by exactly the same standards you use for judging the truth of the testimony of all witnesses?

28.     Do you feel that because the Defendant is accused of a crime, you ought to place some special qualifications on her testimony?

29.     Will you consider and judge the Defendant's testimony by the same rules and standards you would use in judging the testimony of any other witness in this case?

RESPECTFULLY SUBMITTED,
By Counsel

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins, PLLC
901 North Lee Street, Suite 320
Alexandria, VA  22314
703 549 7211

4