UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:06-CR-00050 (RJL) |
| | : | |
| v. | : | |
| | : | |
| SHERMAN BERRY, | : | |
| Defendant | : | |

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully provides supplemental notice of its intent to introduce evidence pursuant to Federal Rule of Evidence 902(11) and 803(6).

In addition to the notice provided in its filing of January 2, 2007, the government hereby provides notice of its intent to introduce additional business records from the Office of Worker's Compensation Programs (OWCP). A copy of a signed Declaration of Custodian of Records from that agency is attached hereto. As that declaration sets forth, the government seeks the introduction into evidence of exhibits 1, 4-38, 40-74, 75-89, and 92-93 as OWCP business records. The government relies on and hereby incorporates the legal analysis set forth in its submission of January 2, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:   /S/ ATTORNEY'S TYPED SIGNATURE
Glen Donath, D.C. Bar No. 460582
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W., Room 5832
Washington, D.C. 20530
(202) 514-9555

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, declare:

My name is Linda DeCarlo.

I am a United States Citizen, and I am over 18 years of age. I am the custodian of records of the agency below, or I am otherwise qualified as a result of my position with the agency named below to make this declaration.

Pursuant to Rule 902(11) and 803(6) and 803(7) of the Federal Rules of Evidence, I hereby certify that:

(1) Sherman L. Berry's worker's compensation claim history file was created at or or near the time of the occurrence of such matters;

(2) such records were kept in the course of the regularly conducted business activity of the Office of Worker's Compensation Programs as a regular practice;

(3) such records were set forth by, or from information transmitted by, a person with knowledge of those matters;

(4) such records were made by the regularly conducted business activity as a regular practice;

(5) such records include Forms CA-7, CA-8, CA-17, CA-20, CA-20(a), and 1032, as well as correspondence to and from Sherman L. Berry and correspondence from James Kenmore, M.D.;

(6) such records include documents marked by the government for trial in U.S. v. Berry, No. 06-cr-0050, as Exhibits Nos. 1, 4-38, 40-74, 75-89, and 92-93.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/17/2006
              (date)

_Linda DeCarlo_
(Signature of declarant)

LINDA DECARLO
(Name of declarant)
Linda DeCarlo
Office of Worker's Compensation Programs
U.S. Department of Labor