UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:06-CR-00050 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **SHERMAN BERRY,** | : | |
| **Defendant** | : | |

### GOVERNMENT'S RENEWED MOTION FOR STAY-AWAY/NO-CONTACT ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully renews its motion for the Court to order Defendant Sherman Berry to stay away from and have no contact with Joseph Cherry, Anthony Cherry, and Kenneth Cherry, as well as from the residences located at 1524 Ritchie Road and 1302 Darlington Street, both in Forestville, Maryland.

The government has recently learned that defendant has attempted to persuade one of the above-named witnesses, who are all foster children of defendant's mother, to testify falsely in defendant's criminal trial scheduled to commence on January 29, 2007 before the Court. Defendant lives with that witness at 1302 Darlington Street. Another witness named above lives at 1524 Ritchie Road, a few blocks from defendant's residence at Darlington Street. Defendant has behaved violently toward both of these witnesses in the past. The witness with whom defendant lives and whose testimony defendant attempted to influence is a juvenile. In order to protect the safety of both witnesses, as well as prevent defendant from continuing his efforts to obstruct justice by persuading a witness to testify falsely, the government respectfully submits that defendant should be ordered to stay away from both witnesses and both residences.

A proposed order is attached.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney

By:   /S/ ATTORNEY'S TYPED SIGNATURE
       Glen Donath, D.C. Bar No. 460582
       Assistant United States Attorney
       Fraud & Public Corruption Section
       555 Fourth Street, N.W., Room 5832
       Washington, D.C.  20530
       (202) 514-9555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:06-CR-00050 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **SHERMAN BERRY,** | : | |
|         **Defendant** | : | |

**PROPOSED ORDER**

Upon motion of the United States, the Court hereby ORDERS defendant Sherman Berry to have no contact with Kenneth Cherry, Anthony Cherry, and Joseph Cherry by any means whatsoever until further notice. This order requires Sherman Berry to remain at least 100 yards away from them, their residences, and/or their places of employment, and that Sherman Berry shall not communicate or even attempt to communicate with any of these persons name above, either directly or through any other person (except through his counsel), by telephone, written message, electronic message, pager, or otherwise. Sherman Berry is further ORDERED to stay at least 100 yards from the residences located at 1524 Ritchie Road, Forestville, Maryland and 1302 Darlington Street, Forestville, Maryland.

Any violation of any of these conditions may result in immediate notification being made to the Court and could result in Mr. Berry's prosecution for Contempt of Court as well as the revocation of his pretrial release pending final disposition of this case.

_____
Richard J. Leon
United States District Judge