IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.:  06-050(RJL) |
| | : | Trial: January 29, 2007 |
| SHERMAN L. BERRY, JR. | : | |
| Defendant. | : | |

## **PRAECIPE**

      Please take notice that the defendant, SHERMAN L. BERRY, JR., does not

object to the proposed government jury instructions regarding the substantive offenses

filed in the above-styled matter.

      RESPECTFULLY SUBMITTED
      SHERMAN L. BERRY, JR.
      By Counsel


_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, Va  22314
703 549 7211