UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
vs. )
Sherman L. Berry Jr. )
)

Civil/Criminal No. 06-50

NOTE FROM JURY

Please clarify the use of different dates. That is, what is the significance of
March 28, 2003
March 25, 2004
Sept 7, 2005

Date: 2/1/07

Time: 2:13 pm

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America
vs.
Sherman L. Berry Jr.

Civil/Criminal No. 06-50

NOTE FROM JURY

We have reached a verdict

Date: 2/1/2007

Time: 3:09 pm

FOREPERSON

CO-109A