IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES )
)
v. ) Criminal No. 06-50 (RJL)
)
SHERMAN L. BERRY, JR. )
)

**FILED**

FEB 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT
## COUNT ONE

With respect to the offense of False Statements, we the jury find the defendant

____X____ Guilty          _____ Not Guilty


## VERDICT
## COUNT TWO

With respect to the offense of Wire Fraud and Causing an Action to be Done on or about March 28, 2003, we the jury find the defendant

____X____ Guilty          _____ Not Guilty


## VERDICT
## COUNT THREE

With respect to the offense of Wire Fraud and Causing an Action to be Done on or about March 25, 2004, we the jury find the defendant

____X____ Guilty          _____ Not Guilty

## VERDICT
## COUNT FOUR

With respect to the offense of Wire Fraud and Causing an Action to be Done on or about September 7, 2005, we the jury find the defendant

\_\_\_\_X\_\_\_\_ Guilty        _____ Not Guilty

## VERDICT
## COUNT FIVE

With respect to the offense False Statements or Fraud to Obtain Federal Employees' Compensation on or about March 28, 2003, we the jury find the defendant

\_\_\_\_X\_\_\_\_ Guilty        _____ Not Guilty

## VERDICT
## COUNT SIX

With respect to the offense False Statements or Fraud to Obtain Federal Employees' Compensation on or about March 25, 2004, we the jury find the defendant

\_\_\_\_X\_\_\_\_ Guilty        _____ Not Guilty

## VERDICT
## COUNT SEVEN

With respect to the offense False Statements or Fraud to Obtain Federal Employees' Compensation on or about September 7, 2005, we the jury find the defendant

\_\_\_\_X\_\_\_\_ Guilty        _____ Not Guilty

02/01/2007
Date                                              Foreperson