IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 06-050 |
| | : | J. Leon |
| SHERMAN L. BERRY, JR. | : | Sentencing Hearing: April 27, 2007 |
| Defendant. | : | |

## MOTION TO SET CONDITIONS OF RELEASE

Comes now, the defendant, SHERMAN L. BERRY, JR., and moves this Honorable Court to enter an order setting conditions of release. In support of which he states the following:

1. On February 1, 2007 a jury returned guilty verdicts in the above-captioned matter.

2. The defendant was convicted of several counts in connection to his fraudulent receipt of worker's compensation.

3. The defendant is not a danger to the community.

4. He is not a flight risk.

5. On January 25, 2007, this Honorable Court revoked the previously set conditions of release. The Court's action was predicated on a concern for the safety of government witness Joseph Cherry.

6. As the attached correspondence clearly demonstrates, in the event this Honorable Court were to set conditions of release Mr. Cherry would not be in any danger.

WHEREFORE, the Defendant, through counsel, respectfully urges this Honorable Court to revoke the Order of Detention entered in this case against SHERMAN L.

BERRY, JR., and to allow him to be released subject to the following terms and conditions and such additional conditions as this Court deems just and appropriate:

    1.    The Defendant will call Pretrial Services on a daily basis, or any other time as ordered by the Court.

    2.    The Defendant will not possess any firearms, ammunition, destructive devices, other dangerous weapons as defined by law, radio scanner equipment and other counter-surveillance equipment.

    3.    The Defendant will not personally meet with any known convicted felon, nor with any other individuals specifically named by the Court.

    4.    Should the Court require, the Defendant will restrict himself 24 hours a day to his home, subject to the following exceptions:

    (a) Reasonable consultation with his attorney at said attorney's, with advance telephone notice of said consultation to Pretrial Services;

    (b) Scheduled court appearances;

    (c) Medical examinations with advance notice to Pretrial Services.

    5.    The defendant shall have no contact with Joseph Cherry.

    6.    Any other conditions set by the Court.

RESPECTFULLY SUBMITTED,
SHERMAN L. BERRY, JR.
By Counsel
Bynum & Jenkins, PLLC

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
901 North Pitt Street, Suite 320
Alexandria, VA 22314
7035497211

Case 1:06-cr-00050-RJL    Document 31    Filed 02/20/2007    Page 3 of 3