February 2, 2007

To Whom It May Concern:

I Elizabeth Cherry am the mother of Joseph Cherry and Sherman L. Berry, Jr. I want to state that Joseph Cherry will reside with me under my guardianship at 1524 Ritchie Road, Forestville, MD.  Joseph Cherry will by no means be residing at 1302 Darlington Street, Forestville, MD. where Sherman L. Berry, Jr. will reside.

Sherman L. Berry, Jr. will not come to 1524 Ritchie Road, Forestville, MD. where Joseph Cherry is residing and Joseph Cherry will not go to 1302 Darlington Street, Forestville, MD where Sherman L. Berry, Jr. is.  Neither will have contact with each other.

If there are any other questions that I can answer, I can be reached on 301-336-8562.


Mrs. Elizabeth Cherry
1524 Ritchie Road
Forestville, Maryland 20747
301-336-8562