IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　:
　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　:　　Case No.: 06-050
　　　　　　　　　　　　　　:　　J. Leon
SHERMAN L. BERRY, JR.　　　:
　　　　Defendant.　　　　　:

## ORDER

This matter came on the defendant's request to set conditions of release. For good cause the motion is granted. The defendant shall be released with the following conditions:

1.　　The Defendant will call Pretrial Services on a daily basis, or any other time as ordered by the Court.

2.　　The Defendant will not possess any firearms, ammunition, destructive devices, other dangerous weapons as defined by law, radio scanner equipment and other counter-surveillance equipment.

3.　　The Defendant will not personally meet with any known convicted felon, nor with any other individuals specifically named by the Court.

4.　　The Defendant will restrict himself 24 hours a day to his home, subject to the following exceptions:

(a) Reasonable consultation with his attorney at said attorney's, with advance telephone notice of said consultation to Pretrial Services;

(b) Scheduled court appearances;

(c) Medical examinations with advance notice to Pretrial Services.

5.　　The defendant shall have no contact with Joseph Cherry.

SO ORDERED:

_____
U.S. District Court Judge

ENTERED:

_____