UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:06-CR-00050 (RJL) |
| | : | |
| v. | : | |
| | : | |
| SHERMAN BERRY, | : | |
| Defendant | : | |

**PROPOSED ORDER**

        Having considered Defendant Sherman L. Berry, Jr.'s Motion to Set Conditions of Release and the Government's Opposition thereto, it is this __ day of February 2007 ORDERED that Defendant's motion is DENIED. Defendant shall continue to be detained without bond until the sentencing hearing set for April 27, 2007.

_____  
DATE

_____  
Honorable Richard J. Leon  
United States District Judge